

Brent Coon & Associates and Christopher J. Hickey, for appellees.

Young, Reverman & Mazzei Co., L.P.A., and Kelly W. Thye, for appellees.

Baron & Budd and Theresa Ruck, for appellees.

Mazur & Kittel, P.L.L.C., and John I. Kittel, for appellees.

Climaco, Lefkowitz, Peca, Wilcox & Garofoli, L.P.A., John Peca, and Thomas M. Wilson, for appellees.

Robert E. Sweeney Co., L.P.A., Robert E. Sweeney, and Robert P. Sweeney, for appellees.

Jim Petro, Attorney General, and Stephen P. Carney, Deputy State Solicitor, urging reversal for amicus curiae Jim Petro as Attorney General of Ohio.

Bricker & Eckler, L.L.P., Kurtis A. Tunnell, Anne Marie Sferra, and Daniel C. Gibson, urging reversal for amici curiae Ohio Manufacturers' Association, National Federation of Independent Business/Ohio, Ohio Chamber of Commerce, Ohio Alliance for Civil Justice, and Ohio Chemistry Technology Council.

IN RE K.M.

[Cite as *In re K.M.*, 115 Ohio St.3d 435, 2007-Ohio-5269.]

(No. 2006–1942—Submitted September 12, 2007—Decided October 11, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re Adams,* 115 Ohio St.3d 86, 2007-Ohio-4840, 873 N.E.2d 886.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Joseph C. Young, Assistant Prosecuting Attorney, for appellant, Cuyahoga County Department of Children and Family Services.

John H. Lawson, for appellees.

